UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61465-CIV-ROSENBAUM

ALVARO VALLE LAGOS,

    Plaintiff,

vs.

FERNANDO & ASSOCIATES, INC.,
and HITLER F. ANDALUZ,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

This matter is before the Court *sua sponte* and upon an independent review of the case file. Plaintiff Alvaro Valle Lagos ("Plaintiff") filed a Complaint against Defendants Fernando & Associates, Inc. ("F&A") and Hitler F. Andaluz ("Andaluz") (collectively referred to as "Defendants"), alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. This Court's Order Requiring Discovery and Scheduling Conference [D.E. 6] directed the parties to confer regarding discovery and scheduling issues within fourteen (14) days of the filing of the first responsive pleading by a responding defendant. The Order also directed the parties to submit a joint discovery plan and conference report within seven (7) days of the parties' discovery and scheduling conference.

Previously, the Court noted that although Defendant Andaluz submitted his Answer on August 30, 2012, the parties had not submitted a joint scheduling report. The Court therefore issued an Order to Show Cause directed to Plaintiff noting that the parties had failed to file a joint scheduling report. [D.E. 10]. In response, Plaintiff indicated that Defendant Andaluz had failed to

contact Plaintiff's counsel, failed to provide opposing counsel with his telephone number, and failed to answer any correspondence. Accordingly, the Court directed Defendant Andaluz to show cause in writing why he should not be sanctioned for failing to comply with the Court's Order requiring participation in a scheduling conference and filing a scheduling report. *See* D.E. 18.

After receiving Andaluz's response, which indicated that he had been out of the country and had been suffering health problems, the Court directed Andaluz to participate in a scheduling conference with Plaintiff's counsel so that the parties could file a joint scheduling report. *See* D.E. 23. The Court specifically directed the parties to engage in the required scheduling conference within fourteen days of the date of the Order and then file their joint scheduling order within fourteen days of their scheduling conference. At that time, the Court warned Andaluz that if he failed to comply with the Order, the "Court may enter a default judgment against [you]." *Id.* at 11.

In March 2013, upon reviewing the file and noting that the parties had not filed a proposed scheduling report, the Court issued an Order to Show Cause for Lack of Prosecution directed to Plaintiff. D.E. 27. In its Order, the Court directed Plaintiff to show cause in writing why the case should not be dismissed for failure to submit a joint scheduling order as required in the Court's Order Requiring Discovery and Scheduling Conference. In response to the Court's Order to Show Cause, Plaintiff filed a Notice indicating that Defendant Andaluz had refused to reach an agreement to file a joint scheduling report. *See* D.E. 31. According to Plaintiff, after numerous delays, Andaluz informed counsel for Plaintiff that he "would not continue to discuss the Joint Discovery Plan and Conference Report and that he would sign and agree to nothing." *Id*. at 2.

A review of the Court file reveals that as of the date of this Order, the parties have still not filed a joint scheduling report. And, despite the Court's many attempts to obtain Andaluz's

cooperation in participating in a joint scheduling conference, it appears that he refuses to do so and that this matter has come to a halt.  Although the Court previously warned Andaluz that failure to comply with the Court's Orders may result in a default judgment being entered against him, the Court will grant Andaluz one final opportunity to comply.  Accordingly, the parties are directed to confer regarding the scheduling of this matter and are required to file a Joint Scheduling Report by **no later than July 11, 2013.  Failure to comply with this Order will result in the Court's entering of a default judgment against Defendant Andaluz.**

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 1st day of July 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc: counsel of record

Hitler F. Andaluz, *pro se*
11902 NW 11th Court
Davie, FL 33325